IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2022 OCT -5 P 3:19
CLERK Casbell
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| V. ) | 21 U.S.C. § 846 |
| ) | Conspiracy to Possess with |
| JUSTIN WAYNE FIELDS ) | Intent to Distribute and to |
| ) | Distribute Controlled |
| JOSHUA BROOKS WOODWARD ) | Substances (Methamphetamine |
| aka JAY WOOD ) | and Heroin) |
| ) | |
| ELIZABETH SARAH HAGAN ) | 21 U.S.C. § 841(a)(1) |
| ) | Distribution of Controlled |
| COLEY ALEXANDER GREENE ) | Substances |
| aka HENRY JONES ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| JAMES EDMUND BEASLEY ) | Possession with Intent to |
| ) | Distribute Controlled |
| CAMERON RUTH YOUNG ) | Substances |
| ) | |
| DAVID MARSHALL HOOD ) | 21 U.S.C. § 844 |
| ) | Possession of a Controlled |
| JAMES RICHARD FAIRCLOTH ) | Substance |
| ) | |
| LEANN NICOLE FAIRCLOTH ) | 21 U.S.C. § 843(b) |
| ) | Use of Communication |
| CASEY ALTON HENRY ) | Facility |
| ) | |

CR122-090

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

COMES NOW, the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and Patricia G. Rhodes,

Assistant United States Attorney, and petitions the Court to SEAL the indictment and this motion and order in the above-captioned case, based on the following:

1. The Grand Jury for the Southern District of Georgia has issued an indictment as captioned above;

2. Publication of the indictment could compromise the apprehension of certain defendants in this case;

WHEREFORE the Government prays that the Court will ORDER that the indictment, this motion, and any order by the Court be sealed until such time as first of the defendants appears in court for an initial appearance, or upon further order of this Court.

Respectfully submitted, this 4th day of October, 2022.

                                      DAVID H. ESTES
                                      UNITED STATES ATTORNEY

                                      */s/ Patricia Green Rhodes*

                                      Patricia Green Rhodes
                                      Assistant United States Attorney
                                      Chief, Criminal Division
                                      Georgia Bar No. 307288