IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 122-090 |
| | * | |
| SARA ELIZABETH HAGAN. | * | |

### O R D E R

Presently before the Court is Defendant's motion for continuance. (Doc. 110.)

Upon due consideration, the Court **GRANTS** Defendant's motion. The change of plea hearing currently scheduled for January 9, 2023 at 2:00 P.M. is hereby **CONTINUED** until such time as rescheduled by the Court.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of January, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA